# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 19-34027 |
| SAM McDONALD, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE CASSLING |
| Debtor(s). | ) | |

## NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee:  ecf@tvch13.com

*The following party(s) have been served via regular US mail:*
Mr. Sam McDonald, 45 E. 36th Street, Apt. D, Chicago, IL  60653
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346
David M. Katinsky, Chief, CTS-Northern, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington, DC  20044
US Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL  60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 S. Dearborn, Chicago, IL  60604, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 3.1 (Internal Revenue Service)** at which time and place you may appear:

| | |
|---|---|
| JUDGE: | CASSLING |
| ROOM: | 619 |
| DATE: | April 2, 2020 |
| TIME: | 9:30 a.m. |

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

### PROOF OF SERVICE
The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on  February 25, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re:                                    )        **19-34027**
**SAM McDONALD,**                         )        **Chapter 13**
                                          )
                                          )        **JUDGE CASSLING**
                    Debtor(s).            )

### OBJECTION TO CLAIM NO. 3.1
### (INTERNAL REVENUE SERVICE

NOW COMES the debtor, SAM McDONALD, by his attorneys, DAVID M. SIEGEL &

ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1.     Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.     The debtor filed a Chapter 13 petition December 2, 2019.  The case is not yet confirmed.  Tom

       Vaughn was appointed trustee in this case.

3.     The debtor listed the Internal Revenue Service as one of his creditors.

4.     On December 17, 2019 the Internal Revenue Service filed a proof of claim, Claim No. 3.1 on the

       Claims Register for taxes, divided into unsecured, priority ($1,636.93) and unsecured general

       ($21,645.98), for a total amount of $23,282.91 (Exhibit A).

5.     This claim contains $447.02 as unsecured, priority for an unfiled 2018 tax return.

6.     On January 20, 2020 this law firm sent the Debtor's signed 2018 return to the Internal Revenue

       Service's agent Jennifer Alvarez, who prepared the filed proof of claim.  This return shows an

       amount owed of $0.00, with a $0.00 refund.

7.     As of today, the proof of claim has not been amended for the filed return.

8.     As a result of the aforementioned, the claim filed by the Internal Revenue Service should be

       disallowed as to the 2018 amount of $447.02.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor, SAM McDONALD, respectfully

requests that this honorable Court enter an order disallowing Claim No. 3.1 as to the 2018 amount and for

such other and further relief as the Court shall deem proper.

Respectfully Submitted,
/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT
# A

**Fill in this information to identify the case:**

Debtor 1    SAM MCDONALD

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN          District of ILLINOIS
                                                                          (State)

Case number    19-34027

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| **1. Who is the current creditor?** | Department of the Treasury - Internal Revenue Service<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ■ No<br>☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | P.O. Box 7317 |
| Number        Street | Number        Street |
| Philadelphia        PA        19101-7346 | Philadelphia        PA        19101-7317 |
| City        State        ZIP Code | City        State        ZIP Code |
| Contact phone    1-800-973-0424 | Contact phone    1-800-973-0424 |
| Contact email | Contact email |
| Creditor Number: 28434520 | |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one) | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| | |
| --- | --- |
| **4. Does this claim amend one already filed?** | ■ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on: _____<br>                                                                                                    MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ■ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ___See Attachment___ |

**7. How much is the claim?**  $ 23,282.91

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

___Taxes___

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
☐ Motor Vehicle
☐ Other. Describe: _____

**Basis for perfection:**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property ___See Attachment___

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
■ Yes. Check all that apply:

| | | Amount entitled to priority |
|---|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ 1,636.93 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $ _____ |

*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/16/2019
                  MM / DD / YYYY

/s/ JENNIFER ALVAREZ
(Signature)

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | JENNIFER | | ALVAREZ |
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 230 S. Dearborn Room 2600, M/S 5014CHI | | |
| | Number     Street | | |
| | Chicago | IL | 60604 |
| | City | State | ZIP Code |

Contact Phone  312-292-4159          Email: _____

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 410
Attachment

**In the Matter of:** SAM MCDONALD
45 E. 36TH ST.
CHICAGO, IL 60653

| Case Number |
| --- |
| 19-34027 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 13 |

| Date of Petition |
| --- |
| 12/02/2019 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-6528 | INCOME | 12/31/2016 | 10/01/2018 | $1,048.00 | $141.91 |
| XXX-XX-6528 | INCOME | 12/31/2018 | 1  Estimated- SEE NOTE | $432.20 | $14.82 |
| | | | | $1,480.20 | $156.73 |

**Total Amount of Unsecured Priority Claims:** $1,636.93

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-6528 | INCOME | 12/31/2007 | 06/15/2009 | $4,193.22 | $3,059.62 |
| XXX-XX-6528 | INCOME | 12/31/2008 | 11/01/2010 | $1,944.00 | $954.64 |
| XXX-XX-6528 | INCOME | 12/31/2009 | 12/05/2011 | $3,478.00 | $1,504.76 |
| XXX-XX-6528 | INCOME | 12/31/2010 | 12/05/2011 | $738.00 | $280.32 |
| XXX-XX-6528 | INCOME | 12/31/2011 | 10/01/2018 | $263.00 | $87.51 |
| | | | | $10,616.22 | $5,886.85 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $509.73
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $4,633.18

**Total Amount of Unsecured General Claims:** $21,645.98

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.